# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Fred Bailes,<br><br>　　　　Petitioner,<br><br>　v.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-05-1805-PHX-DGC (JCG)<br><br>**ORDER** |

　　　Pending before the Court are Petitioner Keith Fred Bailes' petition for writ of habeas corpus and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation ("R&R"). Docs. ##1, 13. The R&R recommends that the Court deny the petition because petitioner failed to exhaust his state court remedies. Doc. #13 at 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 8-9 (citing 28 U.S.C. § 636(b)(1)).

　　　The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the Petition.

*See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jennifer C. Guerin's R&R (Doc. #13) is **accepted**.

2. Petitioner Keith Fred Bailes' petition for writ of habeas corpus (Doc. #1) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 1st day of August, 2006.

_____
David G. Campbell
United States District Judge

- 2 -